# EXHIBIT D

January 14, 2015

**FBI**
David M. Hardy
Chief, Record/Information Dissemination Section,
Records Management Division
*Attn: FOIPA Request*
170 Marcel Drive
Winchester, VA 22602-4843

Dear Mr. Hardy:

Under the Freedom of Information Act, 5 U.S.C. subsection 552 and the Privacy Act, 5 U.S.C. section 552a, I, Barton Gellman, am requesting Bureau files that mention my name, Barton Gellman (aka Bart Gellman).

I request that any information available be expedited. Pursuant to 28 CFR 16.5, I am writing as a member of the press, or a disseminator of information. I will be using the information to inform the public about the actions of government.

**Please search the FBI's indices to the Central Records System for the information responsive to this request related – but not limited – to:**

- my interaction with Edward Snowden and other government and former government employees and contractors since 2013, and my role in reporting on electronic surveillance and other intelligence operations, policies, targets, sources and methods during that period;

- my reporting for TIME magazine between 2010 and 2013 on subjects including Wikileaks, extremist U.S. militias, the investigation of Gen. David Petraeus and a cover profile of former Director Robert Mueller;

- my 2007 series in The Washington Post and 2008 book, both entitled Angler: The Cheney Vice Presidency;

- my coverage of the U.N. Special Commission (UNSCOM) in Iraq and disclosure of U.S. intelligence gathering under UNSCOM cover in the 1990s;

- any mention of me or my stories in efforts to identify, track, report or assess media leaks or cryptologic insecurities, to include intelligence community efforts under the cover name FIRSTFRUITS, whether or not the efforts led to a formal leak investigation;

- any mention of me, whether as a potential subject, target, witness or in any other role, in connection with a leak investigation or any other investigation, including but not limited to criminal, counterintelligence and counterterrorism investigations;

- my work in general as a journalist and author covering the federal government, military, diplomatic, intelligence, national security and legal affairs from 1983 to present;

- information and comments by and about me in connection with security screenings of other people (for positions of trust or access to secure facilities or classified information) and in connection with the security screenings required to clear me for access to restricted areas, including but not limited to the Pentagon and other U.S. and allied government facilities and proximity to senior civilian and uniformed government officials;

- my contacts with foreign nationals, governmental and nongovernmental, while in the United States and overseas;

- my overseas residence in the UK between 1982 and 1985 and Israel between 1994 and 1997, and my overseas travels and contacts (as a student, a journalist and a private citizen) in Europe, Asia, the Americas, the Near East and Africa.

**Date range of request:** 1980 – present

To help identify information about me in your record systems, I am providing the following required information:

*Full Name:* Barton Gellman
*Current Address:* 910 West End Ave. Apt 12A, New York, NY 10025
*Birthdate:* November 3, 1960
*Place of Birth:* Philadelphia, PA
*Citizenship Status:* USA

Please also see attached a copy of DOJ-361, provided for identification purposes.

**General Description of Request:** I, Barton Gellman, request access to files or information in records maintained about myself.  I have been a full-time journalist since 1988, and freelance since 1980. I have written on questions of national security for 30 years and have reason to believe that I have been a subject and a source in government investigations pertaining to both other people and myself.

**I am requesting a fee waiver and expedited processing for this material.**  As a national correspondent for *The Washington Post*, I will be using these materials to write stories of general and urgent public interest in addition to a book for Penguin Press, due in 2015, about government records and surveillance. I am "a person primarily engaged in disseminating information" seeking to "inform the public about an actual or alleged federal government activity."

**If my fee waiver is denied, I am willing to pay up to $50 for the processing of this request.** Please inform me if the estimated fees will exceed this limit before processing my request.

**Please send the results as they are available and, where possible, in an electronic format.**

**Use of information:** This request is being made in support of a newsgathering operation. If you deny all or any part of this request, please cite each specific exemption that forms the basis of your refusal to release the information and notify me of appeal procedures available under the law.

Sincerely,

**Barton Gellman**
*The Washington Post*, National Correspondent
910 West End Ave. Apt 12A
New York, NY 10025
Phone: 347-422-7801
E-Mail: gellmanb@gmail.com

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2015.*