# EXHIBIT G

March 16, 2015

Office of Information Policy
Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, D.C. 20530-0001

Dear FOIA Coordinator:

Under the Freedom of Information Act, 5 U.S.C. subsection 552 and the Privacy Act, 5 U.S.C. section 552a, please furnish me, Barton Gellman, with copies of all records that mention my name, Barton Gellman (aka Bart Gellman), held by the Public Affairs office.

Emails from or to myself need not be considered responsive—unless that correspondence was then forwarded to another party, if another party was included on the email but BCC'd, or any other circumstances in which the full correspondence and its participants would not already be saved in my own email inbox.

**I am interested in any and all records about me, including, but not limited to**:

- my interaction with Edward Snowden and other government and former government employees and contractors since 2013, and my role in reporting on electronic surveillance and other intelligence operations, policies, targets, sources and methods during that period;

- my reporting for TIME magazine between 2010 and 2013 on subjects including Wikileaks, extremist U.S. militias, the investigation of Gen. David Petraeus and a cover profile of former Director Robert Mueller;

- my 2007 series in The Washington Post and 2008 book, both entitled Angler: The Cheney Vice Presidency;

- my coverage of the U.N. Special Commission (UNSCOM) in Iraq and disclosure of U.S. intelligence gathering under UNSCOM cover in the 1990s;

- any mention of me or my stories in efforts to identify, track, report or assess media leaks or cryptologic insecurities, to include intelligence community efforts under the cover name FIRSTFRUITS, whether or not the efforts led to a formal leak investigation;

- any mention of me, whether as a potential subject, target, witness or in any other role, in connection with a leak investigation or any other investigation, including but not limited to criminal, counterintelligence and counterterrorism investigations;

- my work in general as a journalist and author covering the federal government, military, diplomatic, intelligence, national security and legal affairs from 1983 to present;

- information and comments by and about me in connection with security screenings of other people (for positions of trust or access to secure facilities or classified information) and in connection with the security screenings required to clear me for access to restricted areas, including but not limited to the Pentagon and other U.S. and allied facilities and proximity to senior civilian and uniformed officials.

- my contacts with foreign nationals, governmental and nongovernmental, while in the United States and overseas;

- my overseas residence in the UK between 1982 and 1985 and Israel between 1994 and 1997, and my overseas travels and contacts (as a student, a journalist and a private citizen) in Europe, Asia, the Americas, the Near East and Africa.

**Date Range**: 1980 – present

To help identify information about me in your record systems, I am providing the following required information:

*Full Name:* Barton Gellman
*Current Address:* 910 West End Ave. Apt 12A, New York, NY 10025
*Birthdate:* November 3, 1960
*Place of Birth:* Philadelphia, PA
*Citizenship Status:* USA

Please also see attached a copy of DOJ-361, provided for identification purposes.

**Please send the results as they become available and, where possible, in an electronic format.**

**Use of information:**  This request is being made in support of a newsgathering operation. If you deny all or any part of this request, please cite each specific exemption that forms the basis of your refusal to release the information and notify me of appeal procedures available under the law.

**Fees:** I am requesting a fee waiver for any files found because I am acting as a representative of the news media.  If my waiver is denied, I am willing to pay up to $50 for reproduction costs. Please contact me if the cost of information will exceed this sum.

**Expedited Processing:** I am requesting expedited processing for this request pursuant to DOJ FOIA guidelines in 28 CFR 16.5. I am a member of the media, and I have a "compelling need" for the records sought for the following reasons:

1) The public, as well as Congress and the courts, continue to debate whether and how to narrow the scope of the government's authority to collect data on its citizens.[1] The documents sought will help inform that debate, by allowing me to report on how the government interprets its authority to collect and retain information on journalists like myself. At present, Congress is debating how to implement the surveillance reforms proposed in Presidential Policy Directive-28[2] and must decide by June 1 whether to reauthorize section 215 of the Patriot Act, under which many of the government's surveillance programs are justified.[3] It is urgent that Congress and the public be informed well before June 1 about the sorts of records maintained on journalists like myself by federal agencies so that they can make informed choices about how to reform the government's data collection programs. In the courts, former CBS News reporter Sharyl Attkisson has filed a lawsuit in D.C. Superior Court[4] alleging that the Dept. of Justice hacked and spied on her personal computer,[5] and some experts believe the US Supreme Court is likely to take up one of a number of lawsuits filed against the NSA's surveillance programs sometime this year.[6] My reporting on whether agencies have collected and stored information on journalists like myself could influence the outcome of either of these cases.

2) Documents leaked by Edward Snowden on January 19 reveal that the NSA's British partner agency, GCHQ, has collected the communications of journalists and editors at the *BBC*, *Reuters*, the *Guardian*, the *New York Times*, *Le Monde*, *NBC* and the *Washington Post*.[7]  As we know from previously declassified and leaked documents, the US and Britain cooperate closely on signals intelligence.[8] Thus, there is at present an urgent public interest and "exceptional media

---

[1] "A Year After Reform Push, NSA Still Collects Bulk Domestic Data, Still Lacks Way to Assess Value," by Dan Froomkin. *The Intercept*. 29 Jan. 2015. https://firstlook.org/theintercept/2015/01/29/one-year-major-report-nsa-still-collecting-bulk-

[2] "Congress Readies Push to Rein in the Nation's Spooks," By Gopal Ratnam. *Foreign Policy*. Jan. 29, 2015. http://foreignpolicy.com/2015/01/29/congress-readies-push-to-rein-in-the-nations-spooks/

[3] "Administration highlights surveillance reforms," by Josh Gertstein. *Politico*. Feb 3, 2015. http://www.politico.com/blogs/under-the-radar/2015/02/administration-highlights-surveillance-reforms-202037.html

[4] *Attkisson v. Holder, et al* http://www.washingtonpost.com/r/2010-2019/WashingtonPost/2015/01/05/Editorial-Opinion/Graphics/attkisson-lawsuit.pdf

[5] "Sharyl Attkisson's computer intrusions: 'Worse than anything Nixon ever did," by Erik Wemple. *Washington Post*. Oct. 27 2014. http://www.washingtonpost.com/blogs/erik-wemple/wp/2014/10/27/sharyl-attkissons-computer-intrusions-worse-than-anything-nixon-ever-did/

[6] "If the Supreme Court Tackles the NSA in 2015, it'll be one of these give cases," by Cyrus Farivar. *Ars Technica.* Jan 1, 2015. http://arstechnica.com/tech-policy/2015/01/if-the-supreme-court-tackles-the-nsa-in-2015-itll-be-one-of-these-five-cases/

[7] "GCHQ captured emails of journalists from top international media," by James Ball, *The Guardian.* 19 Jan. 2015. http://www.theguardian.com/uk-news/2015/jan/19/gchq-intercepted-emails-journalists-ny-times-bbc-guardian-le-monde-reuters-nbc-washington-post

[8] "British Spy Chiefs Secretly Begged to Play in NSA's Data Pools," by Ryan Gallagher. *The Intercept.* Apr. 30, 2015 https://firstlook.org/theintercept/2014/04/30/gchq-prism-nsa-fisa-unsupervised-access-snowden/

interest" in knowing how the American government interprets its own authority to collect and retain information on journalists, and whether or not the US government has engaged in comparable surveillance (intentional or incidental) of American journalists like myself.[9] [10]  The information sought, therefore, involves "a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." [28 C.F.R. § 16.5(d)(iv)]

3) A majority of journalists believe the government is collecting their data. A Pew Research – Columbia University study released February 5, 2015, found that 64% of American investigative journalists believe the U.S. government has "probably collected data about their phone calls, emails or online communications," and 80% believe that being a journalist "increases the likelihood that their data will be collected."[11] These beliefs have changed the way that many journalists report stories, share or store sensitive documents, and communicate with other journalists, editors, and producers.[12] As a joint ACLU, Human Rights Watch report confirms,[13] this climate of fear and speculation is dangerous and could compromise the ability of journalists to fulfill their role in shedding light on government activity. There is therefore an urgent public interest in knowing whether the government is collecting information on journalists, and if so, what sort of information. The documents sought in this request will allow me to report, in concrete detail, on that story. There is therefore an "urgency to inform the public" about the federal government's alleged surveillance of journalists. [28 C.F.R. § 16.5(d)(ii)]

4) I have a deadline for a Washington Post story next month on the subject of government data collection—in particular, the surveillance of investigative journalists, especially those reporting on privacy and security.  I also have a book chapter on the same subject due in 120 days. The time for this story is now—when public, congressional and judicial attention is focused on

---

[9] "Edward Snowden files reveal GCHQ scooped up journalist e-mails," by Karla Adam. *Washington Post.* Jan 19, 2015. http://www.washingtonpost.com/world/europe/edward-snowden-files-reveal-gchq-scooped-up-journalist-e-mails/2015/01/19/40b64644-028a-45a6-b025-fd0d4cf83a2c_story.html

[10] "How have journalists responded to revelations of mass surveillance?" by Stuart Dredge. *The Guardian.* http://www.theguardian.com/technology/2015/feb/06/investigative-journalists-mass-surveillance-nsa-edward-snowden

[11] "Investigative Journalists and Digital Security." Jesse Holcomb, Amy Mitchell, Kristen Purcell. *Pew Research Center.* Feb. 5, 2015. http://www.journalism.org/2015/02/05/investigative-journalists-and-digital-security/; "Investigative journalists are pretty sure the U.S. government is watching them," by Andrea Peterson. *Washington Post.* http://www.washingtonpost.com/blogs/the-switch/wp/2015/02/06/investigative-journalists-are-pretty-sure-the-u-s-government-is-watching-them/

[12] "Nearly half (49%) say they have at least somewhat changed the way they store or share sensitive documents, and 29% say the same of the way they communicate with other reporters, editors or producers." Ibid.

[13] "With Liberty to Monitor All: How Large-Scale US Surveillance is Harming Journalism, Law and American Democracy.," by Human Rights Watch and ACLU. July 2014. https://www.aclu.org/sites/default/files/assets/dem14-withlibertytomonitorall-07282014.pdf

4) I have a deadline for a Washington Post story next month on the subject of government data collection—in particular, the surveillance of investigative journalists, especially those reporting on privacy and security.  I also have a book chapter on the same subject due in 120 days. The time for this story is now—when public, congressional and judicial attention is focused on questions of government surveillance, journalistic freedom and privacy rights. The information sought in this request will be of much lesser value to my reporting and to the public if received after the June 1st Section 215 sunset date and/or after the exceptional media interest in this story has passed.

Sincerely,

**Barton Gellman**
*The Washington Post*, National Correspondent
910 West End Ave. Apt 12A
New York, NY 10025
Phone: 347-422-7801
E-Mail: gellmanb@gmail.com

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2015.*