CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Barton Gellman
_____
Plaintiff(s)

vs.

Department of Homeland Security, Department of Justice, Office of the Director of National Intelligence
_____
Defendant(s)

Civil Action No. 16-cv-00635

## AFFIDAVIT OF MAILING

I, Hannah Bloch-Wehba, hereby state that:

On the 6th day of April, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney General, Department of Justice

I have received the receipt for the certified mail, No. 7013302000072699582 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of April, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

April 15, 2016
(Date)

(Signature)



