UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-0635 (CRC) |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER**

Defendants, Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants" or the "Government"), along with Plaintiff, Barton Gellman, by and through the undersigned, hereby respectfully file this joint motion for entry of the proposed scheduling order filed herewith.

Good cause exists to grant this Motion, as detailed herein:

1. As explained in the Complaint, Plaintiff submitted twelve requests for records under the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") (hereinafter, the "FOIA/PA Requests") to Defendants for "all agency records that mention Mr. Gellman's name." Doc. 1 at ¶18.

2. Since the Complaint was filed, the undersigned counsel for the Government has worked diligently with each Defendant on this matter. At present, Defendants estimate that searches conducted in response to the FOIA/PA Requests have returned in excess of 60,000 potentially responsive records. Defendants represent that they have been carefully processing these records. However, given the volume of records requiring review, as well as the fact that Defendants believe that the nature of Plaintiff's requests will require many of the records to

undergo inter- and intra-agency coordination and classification review before they can be considered for release, Defendants are unable to complete their responses to the FOIA/PA Requests immediately.

3. To allow Defendants to focus their efforts on processing Plaintiff's FOIA/PA Requests, Plaintiff has agreed to Defendants' request that Defendants' deadline to respond to Plaintiff's Complaint be stayed pending completion of Defendants' processing of Plaintiff's FOIA/PA Requests.

4. To facilitate the Parties' mutual efforts to resolve issues informally to the extent possible, the Parties respectfully move the Court to enter the proposed scheduling order submitted herewith. Pursuant to the Parties' proposed scheduling order, Defendants will make an initial response to Plaintiff's FOIA/PA Requests within thirty (30) days of the Court's entry of the Parties' proposed scheduling order. Within every thirty (30) days thereafter, the Government will process a minimum of 400 additional pages of records gathered in response to Plaintiff's FOIA/PA Requests and will release to Plaintiff those pages and segregable portions of documents subject to FOIA that Defendants do not assert are exempt from disclosure. Along with each of these periodic responses, Defendants will notify Plaintiff of the number of processed pages it is withholding in whole or in part, the basis for that withholding, and whether any Defendant is asserting a Glomar response with respect to records processed to date.

5. In addition, pursuant to the proposed scheduling order, after ninety (90) days from the date the Court enters the proposed scheduling order, the Parties will meet and confer concerning the status of Defendants' processing of records in response to the FOIA/PA Requests, an estimated date of completion for the processing of all records gathered in response to Plaintiff's FOIA/PA Requests, and potential ways to narrow the scope of the FOIA/PA Requests.

The Parties will submit a joint status report to the Court concerning these matters within 104 days of the Court's entry of the Parties' proposed scheduling order.  The Parties will submit joint status reports to the Court every sixty (60) days thereafter.

6. Once the Defendants have completed their responses to the FOIA/PA Requests, the Parties will meet and confer and file a joint status report with the Court, updating it on the status of this proceeding and identifying what, if any, issues remain.  If the Parties determine that dispositive motion practice will be necessary, they will submit a proposed order setting a briefing schedule for dispositive motion practice concurrently with that joint status report.[1]

7. This Motion is being made in good faith and not for purposes of delay.

WHEREFORE, the Parties jointly request that the Court stay Defendants' deadline to respond to Plaintiff's Complaint and enter the proposed scheduling order filed herewith.

June 9, 2016

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendants*

---

[1] The Parties agree that any such briefing schedule will provide for each Defendant to file only one dispositive motion, which incorporates any arguments made under Rule 12(b) or Rule 56 of the Federal Rules of Civil Procedure.

*/s/ Katie Townsend*

Katie Townsend
DC Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Plaintiff*