UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.,*<br><br>*Defendants.* | Civil Action No. 16-0635 (CRC) |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of Proposed Scheduling Order filed by Defendants Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants" or the "Government"), and Plaintiff Barton Gellman, it is hereby ORDERED that the following schedule shall govern proceedings in this case:

1. Defendants' deadline to respond to Plaintiff's Complaint shall be stayed pending completion of Defendants' processing of Plaintiff's requests for records under the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") (hereinafter, the "FOIA/PA Requests"), or until further order of this Court;

2. Within thirty (30) days of the Court's entry of this Order, the Government shall make an initial response to Plaintiff's FOIA/PA Requests, releasing to Plaintiff those pages and segregable portions of records subject to FOIA that Defendants have processed to date and that Defendants do not assert are exempt from disclosure. This initial response shall notify Plaintiff of the number of pages of records processed thus far in response to the FOIA/PA Requests, the number of

1

those pages the Government is withholding in whole or in part, the basis for those withholdings, and whether any Defendant is asserting a Glomar response with respect to any records processed to date. Within every thirty (30) days thereafter, the Government will process a minimum of 400 additional pages of records and will make additional responses to Plaintiff;

3. After ninety (90) days of the Court's entry of this Order, the Parties will meet and confer concerning the status of Defendants' processing, an estimated date of completion for the processing of all records gathered in response to Plaintiff's FOIA/PA Requests, and potential ways to narrow the scope of the FOIA/PA Requests;

4. Within 104 days of the Court's entry of this Order, the Parties will submit a joint status report to the Court. The Parties will submit joint status reports to the Court within every sixty (60) days thereafter;

5. Upon completion of Defendants' processing of records gathered in response to Plaintiff's FOIA/PA Requests, the Parties will meet and confer and submit a joint status report to the Court informing the Court as to the status of this proceeding and identifying what, if any, issues remain. If the Parties determine that dispositive motion practice is necessary, they will submit a proposed order setting a briefing schedule for dispositive motion practice concurrently with that joint status report.

**SO ORDERED.**

Dated June 9, 2016

HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE