UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>   *Plaintiff*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   *Defendants*. | Civil Action No. 16-0635 (CRC) |

**JOINT STATUS REPORT**

Defendants, Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants"), along with Plaintiff, Barton Gellman ("Plaintiff"), by and through the undersigned, hereby submit this Joint Status Report pursuant to this Court's June 9, 2016 Order. ECF No. 12.

Beginning in January 2015, Plaintiff submitted requests pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to a number of federal agencies, including Defendants, that he reasonably believed possessed records concerning him. On April 4, 2016, Plaintiff filed the above-captioned lawsuit relating to twelve of those requests (hereinafter, the "FOIA/PA Requests"). On June 9, 2016, this Court entered a Scheduling Order. ECF No. 12. The Scheduling Order required, *inter alia*, the Parties to file a joint status report by January 20, 2017, updating the Court on the status of the FOIA/PA Requests. *See id.*

Following entry of that Scheduling Order, Defendants have been processing records that are potentially responsive to the FOIA/PA Requests and releasing responsive, non-exempt records to Plaintiff on a monthly basis. To date, Defendants have processed 15,013 pages of records in response to the FOIA/PA Requests.

As noted in the Parties' November 21, 2016 Joint Status Report, the undersigned agreed to test certain review protocols that DHS Headquarters ("DHS-HQ") may implement to expedite processing of the records it has identified in response to Plaintiff's FOIA/PA Request.  ECF No. 15 at 2.  Specifically, the Parties agreed that DHS-HQ would not be required to process certain categories of records (*e.g.*, copies of articles authored by Mr. Gellman).  *Id.*  The Parties also agreed that DHS-HQ may process just those pages of records on which Mr. Gellman's name appears and subsequently process in full only those records requested by Mr. Gellman.  *Id.*  Finally, the Parties agreed to evaluate the effectiveness of these review protocols after they have been implemented.  *Id.*  To that end, DHS-HQ has implemented these review protocols during their recent processing and the Parties have concluded that these protocols should remain in place going forward.

The Parties also agree that the current Scheduling Order, which requires the Parties to submit joint status reports to the Court every sixty (60) days continues to be reasonable.  In accordance with that Scheduling Order, the Parties will submit another joint status report on or before March 22, 2017, updating the Court on the status of Defendants' processing of records in response to the FOIA/PA Requests.

Dated:  January 23, 2017

                Respectfully submitted,

                */s/ Katie Townsend*
                Katie Townsend
                DC Bar No. 1026115
                THE REPORTERS COMMITTEE FOR
                FREEDOM OF THE PRESS
                1156 15th St. NW, Suite 1250
                Washington, DC 20005
                Phone: 202.795.9300
                Facsimile: 202.795.9310
                Email: ktownsend@rcfp.org

3

*Counsel for Plaintiff Barton Gellman*

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
Email: Brian.Field@usdoj.gov

*Counsel for Defendants*