UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-0635 (CRC) |

**JOINT STATUS REPORT**

Defendants, Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants"), along with Plaintiff, Barton Gellman ("Plaintiff"), by and through the undersigned, hereby submit this Joint Status Report pursuant to this Court's June 9, 2016 Order. ECF No. 12.

Beginning in January 2015, Plaintiff submitted requests pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to a number of federal agencies, including Defendants, that he reasonably believed possessed records concerning him. On April 4, 2016, Plaintiff filed the above-captioned lawsuit relating to twelve of those requests (hereinafter, the "FOIA/PA Requests"). On June 9, 2016, this Court entered a Scheduling Order. ECF No. 12. The Scheduling Order required, *inter alia*, the Parties to file a joint status report by September 22, 2017, updating the Court on the status of the FOIA/PA Requests. *See id.*

Following entry of that Scheduling Order, Defendants have been processing records that are potentially responsive to the FOIA/PA Requests and releasing those records and portions thereof that they have deemed responsive and non-exempt to Plaintiff on a monthly basis. To date, Defendants have processed 61,246 pages of records in response to the FOIA/PA Requests.

As noted in the Parties' July 24, 2017 Joint Status Report, there is one category of records for which processing is not yet complete—a set of records subject to inter-agency referral. *See* ECF No. 19. Counsel for Defendants is working with the various agencies processing the remaining records undergoing inter-agency review. Those records will continue to be processed and those records and portions thereof that are determined to be responsive and non-exempt will be released to Plaintiff on a rolling basis, with processing of all the records undergoing inter-agency review to be completed by October 31, 2017.

The Parties believe that the current Scheduling Order, which requires the Parties to submit joint status reports to the Court every sixty (60) days continues to be reasonable. In accordance with that Scheduling Order, the Parties will submit another joint status report on or before November 21, 2017, updating the Court on the status of Defendants' processing of records in response to the FOIA/PA Requests.

Further, as noted in the Parties' July 24, 2017 Joint Status Report, they agreed to confer about what issues, if any, remain related to the records already released in response to Plaintiff's FOIA/PA Requests. The Parties are currently in the process of conferring and the Defendants are reviewing several issues that Plaintiff has identified and putting together draft declarations to address issues related to searches performed and records withheld. After the inter-agency referral process is complete, the Parties will identify any final issues that remain and will submit a status report with a proposed order to the Court setting a proposed briefing schedule for dispositive motion practice.

Dated: September 22, 2017

                                        Respectfully submitted,

                                        */s/ Katie Townsend*
                                        Katie Townsend

DC Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Plaintiff Barton Gellman*

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
Email: Brian.Field@usdoj.gov

*Counsel for Defendants*