UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-0635 (CRC) |

## JOINT STATUS REPORT

Defendants, Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants"), along with Plaintiff, Barton Gellman ("Plaintiff"), by and through the undersigned, hereby submit this Joint Status Report pursuant to this Court's June 9, 2016 Order. ECF No. 12.

Beginning in January 2015, Plaintiff submitted requests pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to a number of federal agencies, including Defendants, that he reasonably believed possessed records concerning him. On April 4, 2016, Plaintiff filed the above-captioned lawsuit relating to twelve of those requests (hereinafter, the "FOIA/PA Requests"). On June 9, 2016, this Court entered a Scheduling Order. ECF No. 12. The Scheduling Order required, *inter alia*, the Parties to file a joint status report by March 21, 2018, updating the Court on the status of the FOIA/PA Requests. *See id.*

Following entry of that Scheduling Order, Defendants have been processing records that are potentially responsive to the FOIA/PA Requests and releasing those records and portions thereof that they have deemed responsive and non-exempt to Plaintiff on a monthly basis. To date, Defendants have processed more than 61,000 pages of records in response to the FOIA/PA

Requests.  On February 2, 2018, Defendants issued their final response to the FOIA/PA Requests.

As explained in the Parties' previous Joint Status Report, they are currently conferring about what issues, if any, remain related to Defendants' processing of Plaintiff's FOIA/PA Requests.  *See* ECF No. 22 at 2.  While the Parties had hoped to be able to include a proposed briefing schedule in this Status Report, *see id.*, they are still discussing Defendants' responses and believe that additional time may allow for further narrowing of the issues that remain for dispositive motions.  Accordingly, the Parties believe that the current Scheduling Order, which requires the Parties to submit joint status reports to the Court every sixty (60) days continues to be reasonable.  And the Parties anticipate that they will have identified any remaining issues by the next status report deadline and that they will be able to include a proposed briefing schedule in that status report.

March 20, 2018

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Plaintiff Barton Gellman*

JESSIE K. LIU
D.C. BAR #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
Email: Brian.Field@usdoj.gov

*Counsel for Defendants*