# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BARTON GELLMAN,

    *Plaintiff*,

      v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Civil Action No. 16-0635 (CRC)

## ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the current Scheduling Order is amended to provide that the Parties are no longer required to submit joint status reports to the Court every sixty (60) days; and it is

**FURTHER ORDERED** that the Parties shall file a Joint Status Report by June 4, 2018, informing the Court as to the status of this proceeding and identifying what, if any, issues remain. If the Parties determine that dispositive motion practice is necessary, they will also submit a proposed order setting a briefing schedule concurrently with that joint status report.

**SO ORDERED**.

May 17, 2018
Date

United States District Judge