# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 16-0635 (CRC) |

## ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the Parties shall file a Joint Status Report by June 29, 2018, informing the Court as to the status of this proceeding and identifying what, if any, issues remain. If the Parties determine that dispositive motion practice is necessary, they will also submit a proposed order setting a briefing schedule concurrently with that joint status report.

**SO ORDERED**.

June 7, 2018

Date                                                     United States District Judge