UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-0635 (CRC) |

## JOINT STATUS REPORT

Defendants, Department of Homeland Security, Department of Justice, and the Office of the Director of National Intelligence (collectively, "Defendants"), along with Plaintiff, Barton Gellman ("Plaintiff"), by and through the undersigned, hereby submit this Joint Status Report and accompanying Proposed Scheduling Order pursuant to this Court's June 7, 2018 Order. ECF No. 27.

Beginning in January 2015, Plaintiff submitted requests pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to a number of federal agencies, including Defendants, that he reasonably believed possessed records concerning him. On April 4, 2016, Plaintiff filed the above-captioned lawsuit relating to twelve of those requests (hereinafter, the "FOIA/PA Requests"). On June 9, 2016, this Court entered a Scheduling Order. ECF No. 12. Following entry of that Scheduling Order, Defendants have been processing records that are potentially responsive to the FOIA/PA Requests and releasing those records and portions thereof that they have deemed responsive and non-exempt to Plaintiff on a monthly basis. To date, Defendants have processed more than 61,000 pages of records in response to the FOIA/PA Requests. On February 2, 2018, Defendants issued their final response to the FOIA/PA Requests.

As explained in the Parties' previous Joint Status Reports, the Parties have been conferring about what issues, if any, remain related to Defendants' processing of Plaintiff's FOIA/PA Requests. *See* ECF No. 26 at 2; ECF No. 24 at 2. The Parties have determined that dispositive motion practice is necessary, but continue to confer about whether claims limited to two specific FOIA/PA Requests may be jointly withdrawn to allow for further narrowing of the issues that remain for dispositive motions.

Having determined that dispositive motion practice is necessary, and in accordance with this Court's June 7, 2018 Order, ECF No. 27, the Parties respectfully propose the following briefing schedule for dispositive motion practice in this case:

1. On or before September 21, 2018, Defendants shall file their motion for summary judgment.

2. On or before October 23, 2018, Plaintiff shall file his opposition to Defendant's motion for summary judgment and his cross-motion for summary judgment.

3. On or before December 7, 2018, Defendants shall file their combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of their motion for summary judgment.

4. On or before December 21, 2018, Plaintiff shall file his reply in support of his cross-motion for summary judgment.

Accordingly, the Parties respectfully request that the Court enter the accompanying Proposed Scheduling Order, which sets the briefing schedule above.

June 29, 2018                                  Respectfully submitted,

                                            */s/ Katie Townsend*
                                            Katie Townsend
                                            DC Bar No. 1026115
                                            THE REPORTERS COMMITTEE FOR

FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Plaintiff Barton Gellman*

JESSIE K. LIU
D.C. BAR #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
Email: Brian.Field@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARTON GELLMAN, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 16-0635 (CRC) |

### [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings in this matter:

1. On or before September 21, 2018, Defendants shall file their motion for summary judgment.

2. On or before October 23, 2018, Plaintiff shall file his opposition to Defendant's motion for summary judgment and his cross-motion for summary judgment.

3. On or before December 7, 2018, Defendants shall file their combined opposition to Plaintiff's cross-motion for summary judgment and reply in support of their motion for summary judgment.

4. On or before December 21, 2018, Plaintiff shall file his reply in support of his cross-motion for summary judgment.

**SO ORDERED**.

_____  
Date

_____  
**HON. CHRISTOPHER R. COOPER**  
**UNITED STATES DISTRICT JUDGE**